| | | | |
|---|---|---|---|
| | AUSA: | Mark Bilkovic | Telephone: (313) 226-9623 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kevin J Starrs Jr., FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Keith Dewayne Nichols

Case No.

Case: 2:25−mj−30624
Assigned To : Unassigned
Assign. Date : 10/2/2025
Description: RE: KEITH DEWAYNE NICHOLS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin J. Starrs Jr., Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 2, 2025__

_____
Judge's signature

City and state: __Detroit, MI__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Kevin J Starrs Jr., being duly sworn, hereby state:

## INTRODUCTION

1. I am a special agent with the Federal Bureau of Investigation (FBI) and have been since June of 2021. I am currently assigned to the Detroit Division of the FBI, where I am assigned to the Violent Crime Task Force (VCTF). This task force consists of law enforcement officers from the Detroit Police Department, Dearborn Police Department, Northville Township Police Department, Westland Police Department, Livonia Police Department and the Michigan Department of Corrections (MDOC).

2. During my employment as a special agent with the FBI, I have investigated violations of federal law, including violent crimes, firearms, and controlled substance offenses. I have also participated in numerous arrests and search warrants related to violent crime, firearms, and controlled substance investigations.

3. I make this affidavit from personal knowledge based on my participation in this investigation, from information learned from other federal, state, and local law enforcement personnel, and from information gained through my training and experience.

4. I submit this affidavit in support of a complaint and arrest warrant for Keith Dewayne NICHOLS for a violation of Title 18 United States Code, section

922(g)(1): Felon in Possession of a Firearm. I submit this affidavit for the limited purpose of establishing probable cause for a criminal complaint and therefore the affidavit does not include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

4.  In August 2025, officers with the Livonia Police Department began investigating Keith Dewayne NICHOLS (NICHOLS) for drug trafficking.

5.  On September 30, 2025, officers with the Livonia Police Department obtained a State of Michigan search warrant for NICHOLS's residence at 16531 Hartwell Street, Detroit, MI., as well as a blue 2004 Dodge Ram pickup truck that NICHOLS was utilizing. These search warrants were obtained as part of the ongoing drug trafficking investigation of NICHOLS.

6.  On October 1, 2025, law enforcement e conducted a traffic stop on the 2004 Dodge Ram, being driven by NICHOLS, in the area of Woodward Avenue and 7 Mile Road, in Detroit, MI.

7.  While searching the vehicle, officers located approximately six gross grams of suspected fentanyl with packaging in a cigarette box in the driver door compartment. The suspected fentanyl field tested positive using a Narc II Reagent test kit.

8.      On the same day, law enforcement executed the search warrant of NICHOLS's residence at 16531 Hartwell Street. While searching the residence, officers recovered a Smith & Wesson 9mm handgun bearing serial number JHT3987. The firearm was in an upstairs bedroom underneath a pillow, with a loaded magazine.

9.      While searching the same bedroom, officers located a plastic baggie containing approximately 56 gross grams of suspected fentanyl with packaging. The suspected fentanyl was inside of a desk. The suspected fentanyl field-tested positive using a Narc II Reagent test kit.

10.     In the same bedroom, officers located a Wester Field 12-gauge shotgun bearing serial number M550ABD on the top shelf of the bedroom closet. A check of the Law Enforcement Information Network (LEIN) revealed that the shotgun was stolen.

11.     During the search, officers located a digital scale and clear plastic baggies, consistent with narcotic packaging on top of the desk where the 56 grams of suspected fentanyl were seized. Also, on the desk was a document from Key Bank addressed to NICHOLS the Hartwell Street address.

12.     A Livonia police officer interviewed NICHOLS. After NICHOLS was advised of his *Miranda* rights, NICHOLS admitted that he is the primary resident at 16531 Hartwell Street but denied any knowledge of narcotics in the home and

his vehicle. NICHOLS admitted having a shotgun in his bedroom closet for protection. NICHOLS also admitted that he knew he was prohibited from possession a firearm.

13. I contacted ATF Agent Kara Klupacs who advised that both firearms, the Smith & Wesson 9mm and the Wester Field 12-gauge shotgun, are firearms manufactured outside the state of Michigan, and had therefore travelled in interstate commerce.

14. NICHOLS is a convicted felon, therefore preventing him from possessing a firearm.

15. A review of NICHOLS's criminal history revealed the following:

- March 2005 – 3rd Circuit Court, possession stolen vehicle, found guilty.
- July 1986 – 3rd Circuit Court, Felony Armed Robbery, found guilty.
- August 1992 – 4th Circuit Court, Felony Stolen Property Receive/Conceal, pled guilty.
- December 2000 – 4th Circuit Court, Felony firearm, Felony Assault with Dangerous Weapon, Felony Habitual Offender, Felony Controlled Substance - Possess less than 25 Grams, Felony Controlled Substance Del/Mfg less than 50 Grams, found guilty

- June 2009 – 4th Circuit Court, Felony Controlled Substance Del/Mfg less than 50 Grams, Felony Controlled Substance - Possess 50-449 Grams, pled guilty
- August 2016 – 4th Circuit Court, Felony Controlled Substance - Possess less than 25 Grams, pled guilty.

## **CONCLUSION**

16. Based on the above information, there is probable cause to believe that on or about October 1, 2025, in Detroit, Michigan, which is in the Eastern District of Michigan, Keith Dewayne NICHOLS, a prior convicted felon, knowingly possessed a firearm – specifically, a Smith & Wesson 9mm handgun and a Wester Field 12-gauge shotgun, both of which had previously travelled in interstate commerce, in violation of Title 18 United States Code, section 922(g)(1).

Respectfully submitted,

Kevin J Starrs Jr
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated: October 2, 2025